**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**MICHAEL DOSS,**

**Plaintiff,**

**v.** **Civil Action No.: 2:12-cv-02326-WGY-tmp**

**MEDTRONIC, INC.**

**Defendant.**

---

**JOINT STIPULATION OF DISMISSAL**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Michael Doss and Defendant Medtronic, Inc. (collectively "the Parties"), through their respective counsel, respectfully stipulate to the dismissal of this action with prejudice. Each party shall bear his own costs.

Respectfully submitted,

*/s/ Jonathan L. Bobbitt*

Justin S. Gilbert (017079)
Jonathan L. Bobbitt (23515)
Jessica F. Salonus (28158)
Gilbert Russell McWherter, PLC
101 North Highland
Jackson, TN 38301
(731) 664-1340
(731) 664-1540 (fax)

ATTORNEYS FOR PLAINTIFF MICHAEL DOSS

*/s/ Kimberly Brown-Gibbs*

Paul E. Prather (#10089)
Kimberly Brown-Gibbs (#26793)
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
(901) 795-6695
(901) 795-1646 (fax)
pprather@littler.com
kbrowngibbs@littler.com

ATTORNEYS FOR DEFENDANT
MEDTRONIC, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

*/s/ Kimberly Brown-Gibbs*